1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  DEXTER S.C. FARLOUGH,              1:07-cv-00914-LJO-SMS PC

12              Plaintiff,      **ORDER ADOPTING FINDINGS AND**
                                **RECOMMENDATIONS** (Doc. 5)
13  vs.
                                **ORDER DISMISSING ACTION,**
14  J. LEAVITT, et al.,         **WITHOUT PREJUDICE, FOR FAILURE**
                                **TO OBEY A COURT ORDER**
15              Defendants.
    _____/
16

17

18       Plaintiff Dexter S.C. Farlough ("plaintiff"), a state

19  prisoner proceeding pro se, has filed this civil rights action

20  seeking relief under 42 U.S.C. § 1983.  The matter was referred

21  to a United States Magistrate Judge pursuant to 28 U.S.C.

22  § 636(b)(1)(B) and Local Rule 72-302.

23       On August 27, 2007, the Magistrate Judge filed a Findings

24  and Recommendations herein which was served on plaintiff and

25  which contained notice to plaintiff that any objection to the

26  Findings and Recommendations was to be filed within thirty days.

27  To date, plaintiff has not filed any objection to the Magistrate

28  Judge's Findings and Recommendations.

                                 1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommandations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed August 27, 2007, is ADOPTED IN FULL; and,

2.   This action is DISMISSED, without prejudice, based on plaintiff's failure to obey the Court's order of June 29, 2007.

IT IS SO ORDERED.

**Dated:    October 26, 2007**                    **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE